**Opinion issued August 5, 2021**



In The

# Court of Appeals

### For The

# First District of Texas

_____

## NO. 01-20-00683-CV

_____

## IN RE WEBBER, LLC, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Webber, LLC filed a petition for writ of mandamus challenging the

trial court's August 25, 2020 order compelling relator to produce financial

statements concerning its net worth.[1]  On May 19, 2021, relator advised this Court

---

[1] The underlying case is *Roxane Gillam Freeman, Individually and as Representative of the Estate of Heywood Freeman, Sr., Heywood Freeman, Jr. and Halynn Freeman, Decedents v. Webber, LLC*, cause number 2019-27907, pending in the 234th District Court of Harris County, Texas, the Honorable Lauren Reeder presiding.

that the parties had settled their differences, the order challenged in the petition would be withdrawn, and relator would file a motion to dismiss. On July 14, 2021, relator filed a motion to dismiss the proceeding, stating that the order challenged in its petition for writ of mandamus had been withdrawn by the trial court pursuant to an order signed July 13, 2021 order. A copy of the trial court's July 13, 2021 order is attached to relator's motion to dismiss. Relator includes a certificate of conference stating that relator conferred with real parties in interest and they agree to the relief sought by relator's motion. No opinion has issued.

We grant relator's motion and dismiss this case. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Guerra, and Farris.